IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIMANI JONES,<br><br>    Plaintiff,<br><br> vs.<br><br>WERNER ENTERPRISES, INC., &#037; Thomas & Company;<br><br>    Defendant. | 8:22CV185<br><br>**JUDGMENT OF DISMISSAL** |

 Pursuant to the Memorandum and Order entered this date, judgment is entered in favor of defendants and against the plaintiff. This action is dismissed, with prejudice, the parties to bear their own costs.

 Dated this 20th day of January, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge
